JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIANA J., an individual,<br>Plaintiff,<br>v.<br>LELAND DUDEK, Commissioner of Social Security,<br>Defendant. | Case No. 2:25-03678 ADS<br><br>JUDGMENT |

Pursuant to the Court's Memorandum Opinion and Order, the Court adjudges that the decision of the Commissioner of Social Security is reversed and remanded for a determination of an award of benefits.

DATED: September 24, 2026

/s/ Autumn D. Spaeth
THE HONORABLE AUTUMN D. SPAETH
United States Magistrate Judge